

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00403-CV

Jasreal **RUIZ**, and Yajaira E. Ruiz,
Appellants

v.

**PERRY HOMES, LLC**,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2025CI01486
Honorable Tina Torres, Judge Presiding

PER CURIAM

Sitting:      Adrian A. Spears II, Justice
H. Todd McCray, Justice
Velia J. Meza, Justice

Delivered and Filed: August 6, 2025

DISMISSED FOR WANT OF PROSECUTION

On July 8, 2025, the trial court clerk filed a notification of late record, stating that appellants had failed to pay the fee or make arrangements to pay the fee for preparing the clerk's record, and that appellants were not entitled to preparation of the clerk's record without paying the fee. The next day, we ordered appellants to provide written proof to this court by July 22, 2025, that either (1) the clerk's fee had been paid or arrangements had been made to pay the clerk's fee; or (2) appellants were entitled to appeal without paying the clerk's fee. We warned that if appellants

failed to respond, this appeal would be dismissed for want of prosecution. Appellants failed to respond. We, therefore, dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b) (allowing appellate courts to dismiss an appeal for want of prosecution when an appellant fails to pay or make arrangements to pay the fee for preparing the clerk's record); *see also* TEX. R. APP. P. 42.3(c) (allowing appellate courts to dismiss an appeal when an appellant fails to comply with a court order).

PER CURIAM